**Lonnie COE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28446.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted of burglary and his punishment assessed at 6 years in the penitentiary.

It appears by proper proof that after perfecting his appeal to this court appellant escaped from jail. It follows that this court is without jurisdiction to do other than dismiss the appeal.

The appeal is dismissed.